No. 684, Misc.   JONES, AKA ALEXANDER *v.* OHIO.   Ct. App. Ohio, Hamilton County.   Certiorari denied.   *Melvin G. Rueger* and *Leonard Kirschner* for respondent.

No. 688, Misc.   SLAUGHTER *v.* TEXAS.   Ct. Crim. App. Tex.   Certiorari denied.

No. 732, Misc.   RHODES *v.* ARIZONA.   Sup. Ct. Ariz. Certiorari denied.

No. 757, Misc.   SHUFORD *v.* MANCUSI, WARDEN. C. A. 2d Cir.   Certiorari denied.

No. 762, Misc.   FOREMAN *v.* COX, PENITENTIARY SUPERINTENDENT.   C. A. 4th Cir.   Certiorari denied.

No. 773, Misc.   BENTHIEM *v.* UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO.   C. A. 1st Cir.   Certiorari denied.   *Solicitor General Griswold* in opposition.

No. 782, Misc.   WOLFF *v.* FOLEY.   Ct. App. Cal., 2d App. Dist.   Certiorari denied.

No. 785, Misc.   WESSLING *v.* BENNETT, WARDEN. C. A. 8th Cir.   Certiorari denied.

No. 819, Misc.   KOVACH, EXECUTRIX *v.* NOYES ET AL. Ct. App. Cal., 2d App. Dist.   Certiorari denied.   *James C. Bigler* for respondent Goodman.

No. 853, Misc.   BARBER *v.* OKLAHOMA.   Ct. Crim. App. Okla.   Certiorari denied.